**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Reynoso-Martinez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08MJ1067 |
|                              ) | |
| Plaintiff,                   ) | |
|                              ) | |
| v.                           ) | |
|                              ) | **NOTICE OF APPEARANCE** |
| **JOSE GUADALUPE REYNOSO-**  ) | |
| **MARTINEZ,**                ) | |
|                              ) | |
|                              ) | |
| Defendant.                   ) | |
|                              ) | |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                    Respectfully submitted,

Dated: April 9, 2008                                  /s/ *Candis Mitchell*
                                                      **CANDIS L. MITCHELL**
                                                      Federal Defenders of San Diego, Inc.
                                                      Attorneys for Mr. Reynoso-Martinez
                                                      Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 9, 2008          */s/ Candis Mitchell*
                 **CANDIS L. MITCHELL**
                 Federal Defenders of San Diego, Inc.
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467 (tel)
                 (619) 687-2666 (fax)
                 Candis_Mitchell@fd.org