UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 08 CR 1225-WQH |
| Plaintiff ) | CRIMINAL NO. | 08 MJ 1067 |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| Reynoso-Martinez et al. ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Froylan Marquez-Rodriguez**

DATED: 4/17/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
                DUSM
                                        W. SAMUEL HAMRICK, JR.   Clerk
                                        by
                                          Deputy Clerk